## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| United States of America, | ) | CASE NO. 1:07CR76 |
| Plaintiff, | ) ) ) | |
| | ) | Judge John R. Adams |
| - vs - | ) ) | **O R D E R** |
| Glenn F. Williams | ) ) | |
| Defendant. | ) | |

This matter was heard on June 9, 2009, upon the request of the probation office for a finding that defendant had violated the conditions of his supervised release. The defendant was present and represented by counsel. Upon consideration of statements of counsel, the Court finds that the terms of defendant's supervised release have been violated as follows:

1) New Law Violation - On 1/29/2008, defendant was arrested for Drug Law.

Further, the court adopts the report and recommendation of Magistrate Judge Gallas as it's own and therefore, sentences defendant to the Bureau of Prisons for a term of 15 months. Upon release from imprisonment, Defendant shall commence with Supervised Release for a term of 1 year with the same terms and conditions

previously imposed in the original judgment of 10/29/2002.

The defendant is remanded to the custody of the United States Marshal, Akron, Ohio.

IT IS SO ORDERED.


Date: June 10, 2009                     S/John R. Adams
                                        JOHN R. ADAMS
                                        UNITED STATES DISTRICT JUDGE